UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES ROMERO,<br><br>    Plaintiff,<br><br>    v.<br><br>M.E. SPEARMAN, et al.,<br><br>    Defendants. | No.  2:18-cv-1590 AC P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se and in forma pauperis, seeks relief under 42 U.S.C. § 1983.  The action was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 2, 2022, the first amended complaint ("FAC") was screened, and plaintiff was given the option of either proceeding on the FAC as screened or amending it.  ECF No. 22 at 4.  On May 31, 2022, plaintiff filed a notice with the court indicating that he would like to amend the complaint.  ECF No. 23.  Plaintiff will be given the opportunity to do so.

Accordingly, IT IS HEREBY ORDERED that within thirty days of the date of this order, plaintiff shall file a second amended complaint.

DATED: June 2, 2022

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1