UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES ROMERO,<br><br>    Plaintiff,<br><br>    v.<br><br>M.E. SPEARMAN, et al.,<br><br>    Defendants. | No.  2:18-cv-1590 DJC AC P<br><br><br><br>ORDER |

       Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

       On July 28, 2023, the Magistrate Judge issued findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days.  (ECF No. 42.)  Neither party has filed objections to the findings and recommendations.

       It appears from the file that on August 8, 2023, plaintiff's copy of the findings and recommendations was returned to the court as "Undeliverable, Return to Sender, Refused."  The file also indicates that on July 13, 2023, the Magistrate Judge's order directing Plaintiff to file a change of address and a response to Defendants' motion to

1

compel (see ECF No. 41) (magistrate's order) was also returned to the court as "Undeliverable, Refused."

Despite these facts, Plaintiff was properly served.  It is the Plaintiff's responsibility to keep the court apprised of his current address at all times.  Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued July 28, 2023 (ECF No. 42), are ADOPTED IN FULL;

2. Defendants' motion to compel (ECF No. 40) is DENIED as moot;

3. This matter is DISMISSED WITH PREJUDICE, pursuant to Federal Rule of Civil Procedure 41(b), and

4. This case is CLOSED.

IT IS SO ORDERED.

Dated:   **September 5, 2023**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

rome1590.803